UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                      CRIMINAL NO. 1:15CR-27-2-GNS

BRYSON THOMAS MAXEY                                              DEFENDANT

## SENTENCING MEMORANDUM

The United States has received and reviewed the Presentence Investigation Report (PSR) for the defendant, Maxey. Having found no substantial errors with the PSR, the United States has informed United States Probation there will be no objections thereto. At sentencing the United States shall make sentencing recommendations to the Court consistent with the Rule 11(c)(1)(B) plea agreement entered on March 30, 2016.

                                               Respectfully submitted,

                                               JOHN E. KUHN, JR.
                                               United States Attorney

                                               s/ Mac Shannon
                                               Mac Shannon
                                               Assistant United States Attorney
                                               717 West Broadway
                                               Louisville, Kentucky 40202
                                               (502) 582-6294

## CERTIFICATE OF SERVICE

On the 21st day of July, 2016, I electronically filed this document through the ECF system, which will send a notice of electronic filing to Robert Bradley Coffman, Esq., counsel for the defendant.

                                               s/ Mac Shannon
                                               Mac Shannon
                                               Assistant United States Attorney